IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHADDRICK CLARK**                                                                           **PLAINTIFF**

**V.**                          **CASE NO. 3:19-CV-362-LPR-BD**

**STEVE ROREX,** *et al.*[1]                                                                **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I. Procedures for Filing Objections

This Recommendation has been sent to Judge Lee P. Rudofsky. Any party to this suit may file written objections with the Clerk of Court. To be considered, objections must be filed within 14 days. Objections should be specific and should include the factual or legal basis for the objection.

If parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Rudofsky can adopt this Recommendation without independently reviewing the record.

### II. Discussion

Plaintiff Chaddrick Clark filed this lawsuit without the help of a lawyer and is proceeding *in forma pauperis*. (Doc. No. 1, 3) Plaintiffs such as Mr. Clark, who are not represented by counsel, are required to keep the Court informed as to their current addresses so that the Court and other parties are able to communicate with them. Local Rule 5.5.

---

[1] The Clerk of Court is directed to correct the spelling of two Defendants' names: Steve Roax should be Steve Rorex; and Ptrisha Marshall should be Trisha Marshall.

On February 11, 2020, Defendants moved to dismiss this case because mail they sent to Mr. Clark was returned to Defendants' counsel with a notation that Mr. Clark was "not at this address." (Doc. No. 12, Doc. No. 14-1) On February 12, 2020, the Court ordered Mr. Clark to notify the Court of his current address within 30 days or risk having his claims dismissed. (Doc. No. 16) To date, Mr. Clark has failed to comply with the Court's Order; and the time for complying has passed.

### III. Conclusion

The Court recommends that Defendants' motion to dismiss (Doc. No. 12) be GRANTED and that this case be DISMISSED, without prejudice.

DATED this 17th day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE