IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHADDRICK CLARK**     **PLAINTIFF**

v.     Case No. 3:19-cv-000362-LPR

**STEVE ROREX,** *et al.*     **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on April 14, 2020, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 14th day of April 2020.

_____
UNITED STATES DISTRICT JUDGE